SHERIFF, CLARK COUNTY, NEVADA, APPELLANT,
*v.* MICHAEL JOHNSON, RESPONDENT.

No. 10186

November 16, 1977                     570 P.2d 1142

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *L. J. O'Neale,* Deputy District Attorney, Clark County, for Appellant.

*Robert Archie,* Las Vegas, for Respondent.

**OPINION**

*Per Curiam:*

On the authority of, and for the same reasons stated in, Sheriff v. Toston, 93 Nev. 394, 566 P.2d 411 (1977), the district court's order granting Michael Johnson's pretrial petition for a writ of habeas corpus is reversed, and this proceeding is remanded with instructions to dismiss the petition.